| CJA 20 | APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL  (5-99) | | | | | |
|---|---|---|---|---|---|---|
| 1. CIR./DIST./ DIV. CODE  CAU | 2. PERSON REPRESENTED  AMARO, MIGUEL | | | | VOUCHER NUMBER | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER  CV-08-02338-TEH | | 5. APPEALS. DKT./DEF. NUMBER  10-15751 | | 6. OTHER DKT NUMBER | |
| 7. IN CASE/MATTER OF (Case Name)  MIGUEL AMARO V. BEN CURRY | 8. PAYMENT CATEGORY  ☐ Felony  ☐ Other...  ☐ Misdemeanor  ☒ Appeal  ☐ Petty Offense   Habeas Appeal | | 9. TYPE PERSON REPRESENTED  ☐ Adult Defendant  ☐ Juvenile Defendant  ☐ Appellant  ☒ Appelee    Petitioner - Appellee | | 10. REPRESENTATION TYPE  (See Instructions)  HA | |

11. OFFENSE(S) CHARGED ( Cite U. S. Code, Title & Section )  If more than one offense, list (up to five) major offenses charged, according to severity of offense
28:2254

12. ATTORNEY'S NAME (First Name, M. I.., Last Name, including any suffix), AND MAILING ADDRESS

HENRY SU
1950 UNIVERSITY AVE., 4TH FLR.
EAST PALO ALTO, CA 94303-2281

Telephone Number  650-798-3528

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions.

HOWREY LLP
1950 UNIVERSITY AVE., 4TH FLR.
EAST PALO ALTO CA 94303-2281

13. COURT ORDER
☒ O Appointing Counsel             ☐ C Co-counsel
☐ F Subs For Federal Defender      ☐ R Sub for Retained Atty.
☐ P Subs for Panel Attorney        ☐ Y Standby Counsel
Prior Attorney's Name: _____
Appointment Date: _____
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interest of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

Hon. Judge Henderson
Signature Of Presiding Judicial Officer or By Order Of The Court
5/25/10             5/26/2010
Date Of Order       Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☐ NO

FILED JUN 7 2010 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| CATEGORIES (attached itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. In Court  a. Arraignment And/or Plea | | | | | |
| b. Bail And Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other ( Specify On Additional Sheets) | | | | | |
| (RATE PER HOUR = $   ) TOTALS: | | | | | |
| 16. Out Of Court  a. Interview and conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $   ) TOTALS: | | | | | |
| 17. Travel Expenses ( Lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses ( other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR TE PERIOD OF SERVICE
FROM: _____   TO: _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ YES  ☐ NO  If yes, were you paid?  ☐ YES  ☐ NO
Other than from the court, have you, or to your knowlege has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements..

Signature Of Attorney _____   Date _____

### APPROVED FOR PAYMENT - COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOT. AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28A. JUDGE/MAG CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34A. JUDGE CODE |